AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>CALEB SAUNDERS,<br><br>Defendant(s) | Case No.  2:20-mj-05879 |

FILED
CLERK, U.S. DISTRICT COURT
Dec 02 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ib___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 25, 2020 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1), (b) | Assault on a Federal Officer with a Deadly or Dangerous Weapon |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*Andre Garday*
Complainant's signature

Andre Garday, Judicial Security Inspector, U.S. Marshal Service
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  12/2/2020

Judge's signature

City and state:  Los Angeles, California    Hon. Alexander F. MacKinnon, US Magistrate Judge
Printed name and title

AUSA Susan S. Har – 213-503-4070

**AFFIDAVIT**

I, Andre Phillip Garday, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against CALEB SAUNDERS ("SAUNDERS") for violation of 18 U.S.C. §§ 111(a)(1),(b): Assault on a Federal Officer with a Deadly or Dangerous Weapon.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.  BACKGROUND OF AGENT

3. I am a Judicial Security Inspector with the United States Marshals Service. I have been so employed since April 2009. I am currently assigned to the Los Angeles Office in the Central District of California. I attended and completed 8 weeks of Deputy U.S. Marshals Service Training and 10 weeks of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have also received two weeks of Judicial Security Inspector training at

1

U.S. Marshals headquarters in Arlington, Virginia.  In my current role as a Judicial Security Inspector, I also serve as the Central District of California's Judicial Security Coordinator and as a senior advisor on court security.  I also serve as the Contracting Officer Representative ("COR") for the Court Security Officer Program and Assistant COR for the National Physical Security Program.

4.   My primary job duties include investigating and reporting any threats or inappropriate communications against any member of the Judiciary, overseeing security operational plans for all judicial events, performing security surveys for judges' residences, coordinating and overseeing the installation of home intrusion detection systems for judges' residences, and conducting annual security briefings for members of the Judiciary.

### III.  **SUMMARY OF PROBABLE CAUSE**

5.   On the morning of November 25, 2020, the El Segundo Police Department received a call from a federal judge (the "victim") that a male individual, later identified as SAUNDERS, had physically threatened him in his chambers.  In a police interview, the victim recounted that SAUNDERS entered his chambers, and had been carrying what appeared to be a metal cane.  SAUNDERS used the metal cane to strike a cabinet that was in the victim's chambers, leaving one-inch deep gouges.  SAUNDERS then swung the metal cane in the victim's direction, knocking over a tablet on his desk and putting him in fear for his life.  SAUNDERS told the victim that the victim was "putting

2

my people in jail" and repeatedly stated that he was "God" and "Adam" and that he was "going to kill the motherfucking Whites."

6. El Segundo Police Department officers responded to the dispatch call and encountered SAUNDERS, who matched the suspect's description, approximately one block away from the victim's chambers. While the officers attempted to investigate and detain him, SAUNDERS threw the metal cane that he had been carrying and repeatedly declared "I am God's son." The victim positively identified SAUNDERS as the individual who attacked him in his chambers.

7. The metal cane was later found to have a concealed blade, approximately 13 inches in length.

## IV. STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports and conversations with other law enforcement agents, as well as my own involvement in and knowledge of this investigation, I am aware of the following:

**A. A Federal Judge Is Attacked in His Chambers**

9. At approximately 10:52 a.m. on November 25, 2020, El Segundo Police Department received a police call from a federal judge (the "victim") that a male individual threatened him in his chambers in El Segundo, California. The victim described the male individual as appearing to be in his mid-30s, approximately 6-feet tall with a medium build, wearing a black Nike t-shirt, black pants, and white shoes, and carrying a metal cane.

10. El Segundo Police Department Officers Glunt and Kushner responded to the call and interviewed the victim in his chambers. The victim related the following information:

a. On November 25, 2020, at approximately 10:45 a.m., the victim was alone in his chambers when he heard the doorbell ring at the entrance of his suite. There is a placard outside the suite identifying the victim's name and title. Believing that a FedEx delivery person was at the door, the victim opened the door.

b. A male individual, later identified as SAUNDERS, walked in. The victim asked, "Who are you?" to which SAUNDERS responded "I'm Adam. I'm God. Get the fuck out of here. You're putting my people in jail." The victim responded that he worked in the office and that he was not going anywhere. SAUNDERS walked past the victim and briefly sat in a chair in the office's waiting area, before jumping up. The victim noticed SAUNDERS was carrying what appeared to be a metal cane, which the victim believed could have concealed a firearm or sword.

c. The victim stated he was going to call the United States Marshals and walked inside his chambers to press the panic alarm button located behind his desk chair. SAUNDERS followed the victim into his chambers and sat in a chair across from the victim's desk. SAUNDERS placed a pair of yellow, metal glasses, which he had been wearing, on the victim's desk. SAUNDERS began repeatedly stating that he was "God" and "Adam" and that he was "going to kill all the motherfucking Whites."

4

        d.    SAUNDERS then stood up and used the metal cane to strike a brown cabinet that was on the wall behind the victim's desk.

        e.    SAUNDERS also raised the cane and swung it in the victim's direction, who was still standing behind the desk, knocking over a tablet on the desk.  SAUNDERS pointed the end of the cane at the victim, before raising the cane over his head.  The victim believed SAUNDERS was going to strike him, and he moved around the desk to the opposite corner of the office where his cell phone was located.

        f.    SAUNDERS continued to say "I'm God.  I'm Adam.  I'm going to kill the motherfucking Whites."  The victim called the authorities on his cell phone and told SAUNDERS that the police were on their way.  SAUNDERS responded that he was leaving and walked out of the victim's office.

        g.    The victim did not know SAUNDERS or recall any prior contact with him.  The victim told Officers Glunt and Kushner that he believed SAUNDERS was going to harm him and that the victim had feared for his life.

    11.    The responding officers observed that the cabinet in the victim's chambers had two gouge marks approximately one-inch deep.

    12.    The security director for the building provided a still photograph of the assailant from security camera footage.  The victim positively identified the individual in the still photograph as the person who attacked him.

**B.    El Segundo Police Respond to the Dispatch Call and Encounter SAUNDERS**

13.   While Officers Glunt and Kushner were interviewing the victim, other El Segundo Police Department officers responded to the dispatch call.  Specifically, approximately ten minutes after the call, officers saw a male individual matching the description of the assailant, approximately one block away from the victim's chambers.

14.   As the officers approached the individual, later identified as SAUNDERS, SAUNDERS spoke incessantly and threw the metal cane he had been carrying away from himself.  SAUNDERS appeared highly agitated and repeatedly declared, "I am God's son."  SAUNDERS also stated "shrooms made me do it."  Officers handcuffed SAUNDERS and placed him in the back of a police car.

15.   El Segundo Police Department conducted a field show-up of SAUNDERS.  The victim positively identified SAUNDERS as his attacker while SAUNDERS was sitting in the rear seat of a police car with the window down.

16.   Officers also showed the victim the metal cane, approximately three feet in length, that SAUNDERS had thrown away from himself.  The victim positively identified the cane as the same one that SAUNDERS had swung at him and used to strike the cabinet in his office.

17.   A later examination of the cane revealed that inside was a concealed, 13-inch metal blade.

## V. CONCLUSION

22. For the reasons described above, there is probable cause to believe that SAUNDERS has committed a violation of Title 18, United States Code, Sections 111(a)(1), (b): Assault on a Federal Officer with a Deadly or Dangerous Weapon.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  2nd  day of
 December , 2020.

_____
HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE